IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| JOHNNY DWIGHT HOUSTON, JR. § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 1:23-CV-00059-C |
| § | |
| GREG ABBOTT, *et al.*, § | |
| § | |
| Defendants. § | |

## JUDGMENT

For the reasons stated in the Court's order of even date,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff's complaint and all claims alleged therein are dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

Dated December 11, 2023.

_____
SAM R. CUMMINGS
Senior United States District Judge